# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:23-cr-1 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| BRUCE WAYNE SUTTON | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 137) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Two of the seven count Indictment; (2) accept Defendant's guilty plea to Count Two of the seven count Indictment; (3) adjudicate Defendant guilty of possession of 50 grams or more of methamphetamine with intent to distribute (aided and abetted by others) in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 137) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Two of the seven count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two of the seven count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of 50 grams or more of methamphetamine with intent to distribute (aided and abetted by others) in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **October 24, 2025, at 9:00 a.m.**

**SO ORDERED.**

                                       */s/ Travis R. McDonough*
                                       **TRAVIS R. MCDONOUGH**
                                       **UNITED STATES DISTRICT JUDGE**